**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

JAVIER G. HEREZI,

        Plaintiff,

v.                             Case No.   5:23-cv-646-MMH-PRL

31-W INSULATION CO., INC.,
et al.,

        Defendants.

_____/

## O R D E R

**THIS CAUSE** is before the Court <u>sua</u> <u>sponte</u>.   On April 29, 2024, Defendant Huntsman Building Solutions (USA) LLC (Huntsman) filed its Disclosure Statement Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03 (Doc. 32; Disclosure Statement).   Upon review, the Court finds that additional information concerning Huntsman's citizenship is needed. Specifically, the Court will direct Huntsman to file a notice identifying all members of Huntsman International LLC and their respective states of citizenship.   Although the Disclosure Statement discloses that Huntsman International LLC is "the wholly owned subsidiary of Huntsman Corporation," this information is insufficient to establish Huntsman International LLC's citizenship as necessary for the Court to determine whether it has diversity

jurisdiction over this action.   See Polk v. General Motors LLC, No. 3:20-cv-549-J-34JRK, 2020 WL 3036293, at *1 (M.D. Fla. June 5, 2020) (explaining that ownership and membership are not necessarily synonymous).   Accordingly, it is

    **ORDERED:**

    Defendant Huntsman Building Solutions (USA), LLC shall have up to and including **June 6, 2024**, to file a notice disclosing the members of Huntsman International LLC and their respective states of citizenship.

    **DONE AND ORDERED** in Chambers this 22nd day of May, 2024.

**MARCIA MORALES HOWARD**
United States District Judge

lc11
Copies to:

Counsel of Record