UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

JAVIER G. HEREZI,

    Plaintiff,

v.                                Case No: 5:23-cv-646-GAP-PRL

31-W INSULATION CO., INC. and
HUNTSMAN BUILDING
SOLUTIONS (USA) LLC,

    Defendants.

## Order

Pending before the Court is Defendant 31-W Insulation Co., Inc.'s motion to extend the disclosure of expert reports deadline. (Doc. 39). Defendant requests that the deadline for disclosing its expert reports in the Case Management and Scheduling Order and Referral to Mediation (Doc. 13) be extended from December 27, 2024 to February 15, 2025.[1] Defendant recites in the motion that Plaintiff has agreed to extend Defendant's deadline to disclose expert reports for an additional 15 days but does not agree that the deadline should be extended to February 15, 2025.

Because Plaintiff opposes the relief requested, it appears that Plaintiff may file a response in opposition to the instant motion. Plaintiff, however, has not filed a response to date. Given that the deadline for Defendant to disclose its expert reports is December 27,

---

[1] The Court notes that Defendant's requested extension date of February 15, 2025 falls on a Saturday.

2024, and with the Court closed on Christmas Eve and Christmas Day next week, the Court will need sufficient time to review any responses filed before such time.

Accordingly, on or before **December 20, 2024**, Plaintiff is directed to file a response to Defendant's motion (Doc. 39) stating specific objections, if any, to Defendant's requested extension of February 15, 2025 to disclose its expert reports. Failure to respond by the ordered date shall result in the Court treating the motion as unopposed.

**DONE** and **ORDERED** in Ocala, Florida on December 18, 2024.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties