UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**JAVIER G. HEREZI,**

    **Plaintiff,**

v.                                                Case No: 5:23-cv-646-MMH-PRL

**31-W INSULATION CO., INC. and
HUNTSMAN BUILDING
SOLUTIONS (USA) LLC,**

    **Defendants.**

## ORDER

This cause comes before the Court on the Motion to Extend Mediation Deadline filed by Defendant Huntsman Building Solutions, LLC ("Huntsman"). (Doc. 46). In its motion, Huntsman requests an extension of the March 14, 2025 mediation deadline in the Court's Case Management and Scheduling Order and Referral to Mediation (Doc. 13 at p. 2) for at least 30 days to depose Plaintiff's disclosed experts before mediation (Doc. 46 at pp. 1-2).[1] Huntsman states that Plaintiff's counsel has not provided it with any available dates to schedule depositions of Plaintiff's experts, and as a result, Huntsman has been unable to depose any of Plaintiff's disclosed expert witnesses as of the filing date of its motion. (Doc. 46 at p. 2). Huntsman argues that without taking the depositions of Plaintiff's experts to determine the scope of asserted damages, it cannot engage in meaningful mediation. (*Id.*). Although the motion recites that Plaintiff opposes the relief requested (*id.* at p. 3), Plaintiff

---

[1] The Court notes that the parties have not filed a notice of mediation, advising the Court of the date selected for mediation as required by the Court's Case Management and Scheduling Order and Referral to Mediation (*see* Doc. 13 at pp. 6-7).

- 2 -

failed to file a response in opposition, and the time for doing so has now expired; thus, the Court will treat Huntsman's motion as unopposed. *See* Local Rule 3.01(c).

Accordingly, upon due consideration, Defendant Huntsman's Motion to Extend Mediation Deadline (Doc. 46) is **GRANTED**. The mediation deadline is extended to **April 14, 2025**. All other deadlines in the Case Management and Scheduling Order and Referral to Mediation (Doc. 13) shall remain in effect and undisturbed.

**DONE** and **ORDERED** in Ocala, Florida on March 6, 2025.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties